UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM EARL SCOTT,**   CASE NO: 4:08cv205-RH/WCS

    **Plaintiff,**

v.

**SHERIFF LARRY CAMPBELL, etc., et al.,**

    **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

TO:    Jeannette M. Andrews
        ANDREWS, CRABTREE, KNOX & ANDREWS, LLP
        Post Office Box 12800
        Tallahassee, FL  32317-2800

        Barbara C. Fromm
        JOLLY & PETERSON
        Post Office Box 37400
        Tallahassee, FL 32315

    PLEASE TAKE NOTICE that this case has resolved through settlement.  Plaintiff requests that the Court retain jurisdiction over this case for a period of sixty (60) days.

Respectfully submitted,

/s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, Florida 32303
(850) 383-4800 (telephone)
(850) 383-4801 (facsimile)

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the above named addressee by CM/ECF this 20th day of September, 2009.

/s/ Marie A. Mattox
Marie A. Mattox